FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 01 2025
TAMMY H. DOWNS, CLERK
By: DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:25CR00028 DPM |
| | ) | |
| v. | ) | 18 U.S.C. § 115(a)(1)(B) |
| | ) | |
| ROBERT ANDREW WALKER | ) | |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

On or about June 12, 2025, in the Eastern District of Arkansas, the defendant,

ROBERT ANDREW WALKER,

did threaten to assault and murder FBI Director Kash Patel, Secretary of Defense Pete Hegseth, and FBI Deputy Director Dan Bongino to retaliate against Kash Patel, Pete Hegseth, and Dan Bongino, on account of the performance of their official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 2

On or about June 12, 2025, in the Eastern District of Arkansas, the defendant,

ROBERT ANDREW WALKER,

did threaten to assault Secretary of Defense Pete Hegseth, and FBI Director Kash Patel to retaliate against Pete Hegseth on account of the performance of their official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

**COUNT 3**

On or about June 11, 2025, in the Eastern District of Arkansas, the defendant,

ROBERT ANDREW WALKER,

did threaten to assault and murder President Donald Trump, FBI Director Kash Patel, and Secretary of ~~State~~ Defense Pete Hegseth, to retaliate against Donald Trump, Kash Patel, and Pete Hegseth on account of the performance of their official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

**COUNT 4**

On or about June 8, 2025, in the Eastern District of Arkansas, the defendant,

ROBERT ANDREW WALKER,

did threaten to assault and murder Secretary of Defense Pete Hegseth to retaliate against Pete Hegseth on account of the performance of his official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

**COUNT 5**

On or about May 20, 2025, in the Eastern District of Arkansas, the defendant,

ROBERT ANDREW WALKER,

did threaten to assault and murder Secretary of Defense Pete Hegseth to retaliate against Pete Hegseth on account of the performance of his official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

**COUNT 6**

On or about May 28, 2025, in the Eastern District of Arkansas, the defendant,

ROBERT ANDREW WALKER,

did threaten to assault and murder Secretary of Defense Pete Hegseth to retaliate against Pete Hegseth on account of the performance of his official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

**COUNT 7**

On or about May 29, 2025, in the Eastern District of Arkansas, the defendant,

ROBERT ANDREW WALKER,

did threaten to assault and murder Secretary of Defense Pete Hegseth and FBI Director Kash Patel to retaliate against Pete Hegseth and Kash Patel on account of the performance of their official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

**COUNT 8**

On or about the March 9, 2025, in the Eastern District of Arkansas, the defendant,

ROBERT ANDREW WALKER,

did threaten to assault and murder President Donald Trump Secretary of Defense Pete Hegseth to retaliate against Donald Trump, and Pete Hegseth on account of the performance of their official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

**FORFEITURE ALLEGATION 1**

Upon conviction of Count 1, 2, 3, 4, 5, 6, 7, or 8 of this Indictment, the defendant, ROBERT ANREW WALKER, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property: a Taurus model Judge, multi-caliber handgun, bearing serial number AEL854150.

☐ NO TRUE BILL. ☑ TRUE BILL.

REDACTED SIGNATURE

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

By JORDAN C. CREWS
AR Bar Number 2007299
Assistant U.S. Attorney
425 West Capitol Avenue, Suite 500
Little Rock, AR 72201
Telephone: (501) 340-2600
E-mail: jordan.crews@usdoj.gov