IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:25-CR-00028-DPM |
| | ) | |
| ROBERT ANDREW WALKER | ) | |

**UNITED STATES' MOTION TO DISMISS COUNT 2**

The United States of America, by and through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Jordan Crews, Assistant United States Attorney for said district, respectfully states as follows for its motion to dismiss:

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States hereby moves for leave of Court to dismiss without prejudice Count Two of the Indictment as to the charge of threatening to assault Secretary of Defense Pete Hegseth, and FBI Director Kash Patel to retaliate against them on account of the performance of their official duties. The United States makes this motion to dismiss solely with respect to the charged conduct of Count Two.

**WHEREFORE**, the United States respectfully requests that its motion for leave of Court to dismiss the offense of threatening to assault Secretary of Defense Pete Hegseth, and FBI Director Kash Patel to retaliate against them on account of the performance of their official duties as charged in Count 2 of the Indictment be granted.

(END OF TEXT. SIGNATURE PAGE ATTACHED.)

Respectfully Submitted,

JONATHAN D. ROSS
United States Attorney

By: Jordan C. Crews
Bar No. 2007299
Assistant U.S. Attorney
425 W. Capitol Avenue
Little Rock, AR 72201
(501) 340-2600
Jordan.Crews@usdoj.gov