**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 3:25-cr-28-DPM**

**ROBERT ANDREW WALKER** **DEFENDANT**

**ORDER**

**1.** Motion, *Doc. 68*, granted. Count two of the Indictment is dismissed without prejudice as to Robert Andrew Walker.

**2.** Motion, *Doc. 60*, granted as specified. Walker's proposed plan for using the Bible verses is fine. Don't stray from it.

**3.** Some parts of many of the challenged materials may well be intrinsic to the charged tweets. The texts to the church members and the other tweets, though, are generally admissible to show Walker's motive, intent, knowledge, and lack of mistake. Fed. R. Evid. 404(b). A caveat: too much focus on them could be unfairly prejudicial. But Walker's motion to exclude them, *Doc. 58*, is denied. The Court will give a limiting instruction if Walker requests one.

So Ordered.

D.P. Marshall Jr.
United States District Judge

25 November 2026